# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM BROYHILL,**

          **Plaintiff,**

**-vs-**                                **Case No.  6:10-cv-831-Orl-28GJK**

**IN ON CABLE INSTALLERS, INC.,**

          **Defendant.**

_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 37) filed March 17, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of No Objection to Report and Recommendation Regarding Motion for Approval of Settlement (Doc. 39), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 21, 2011 (Doc. No. 38) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 37) is **GRANTED** to the extent that the Court finds the parties' settlement is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __3rd____ day of May, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge